UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14002-T/P-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN LOPEZ-GABRIEL,

    Defendant.
_____/

FILED by _____ D.C.

APR 1 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION AS SET FORTH IN THE PETITION TO REVOKE SUPERVISED RELEASE [D.E. #1]

**THIS CAUSE** having come on to be heard for an evidentiary hearing in respect to the pending Petition To Revoke Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit the violation contained in the Petition, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on April 11, 2013 for an evidentiary hearing in respect to the Petition To Revoke Supervised Release issued out of the United States District Court for the District of Arizona dated March 4, 2013, which alleges the following violation:

> That the Defendant having been convicted in the United States District Court for the District of Arizona was sentenced on or about April 15, 2010 to 18 months in the Bureau of Prisons to be followed by a 36 month period of supervised release. As part of the Defendant's sentence, he was not to commit another federal, state, or local crime during the term of his supervision. As alleged in the Petition from the United States District Court for the District of Arizona which has now been transferred to this Court in this case, the Defendant has violated his supervised release based upon a Complaint filed February 1, 2013, in United States District Court, Southern District of Florida, 13-MJ-00012-FJL, confirming the Defendant's deportation April 16, 2010, and verifying

        he was found by immigration officials in the Southern District of Florida without authorization on January 17, 2013. The case number in that matter is now 13-14013-CR-MARTINEZ/LYNCH. The Defendant pled guilty to that underlying offense on March 14, 2013 and is set for sentencing before Judge Martinez on May 13, 2013.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit the violation as set forth in the Petition.

3. The government announced the possible maximum penalties which the Defendant was facing, which included advising the Defendant of the possibility of deportation after sentencing. The Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the violation contained in the Petition. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions to the violation contained in the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the violation as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's

right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 11th day of April, 2013, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
AUSA Russell Killinger
AFPD Panayotta Augustin-Birch
U. S. Probation
U. S. Marshal